IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| WILLIE RAY | § | |
| VS. | § | CIVIL ACTION NO. 9:22-CV-23 |
| WADLEY REGIONAL MEDICAL CENTER, *et al.*, | § | |

### REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Willie Ray, an inmate currently confined at the Rufus H. Duncan Unit in Diboll, Texas, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Wadley Regional Medical Center, UTMB Medical Director, Unit Medical Director, Unit Warden Hutto and Primary Care Physician Dr. Tracy.[1]

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

### Background

This civil rights complaint was filed on February 18, 2022 (doc. # 1). On April 28, 2022, the undersigned entered an order giving Plaintiff twenty days to respond to specific questions and provide a more detailed factual discussion explaining his basis of recovery (doc. # 8). Plaintiff received a copy of the order on May 5, 2022 (doc. # 9). More than thirty (30) days has passed, yet the court has received no response from Plaintiff.

### Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to

---

[1] Plaintiff paid the full filing fee of $402.00 on April 26, 2022.

control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Insurance Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).

Plaintiff has failed to comply with this court's previous order. The court has received no further communication from Plaintiff. Plaintiff has failed to diligently prosecute this case.

## Recommendation

This civil rights action filed pursuant to 42 U.S.C. § 1983 should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

## Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 13th day of June, 2022.

Zack Hawthorn
United States Magistrate Judge